IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARNELL TURNER,  )
    Plaintiff,  )
          )
    vs  )  Civil Action No. 07-1269
          )
PRO SOLUTIONS FOR CHIROPRACTIC,  )
INC.,  )
    Defendant.  )

REPORT AND RECOMMENDATION

I. Recommendation:

It is respectfully recommended that the above-captioned case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

II. Report:

On September 20, 2007, the plaintiff, Darnell Turner, filed a complaint of employment discrimination against defendant Pro Solutions For Chiropractic, Inc. The plaintiff alleges in the complaint that the defendant terminated his employment on the basis of his race in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. , 42 U.S.C. § 1981, and the Pennsylvania Human Relations Act, as amended, 43 P.S. § 951, et seq.

The record shows that the complaint has not been served on the defendant, and more than 120 days have passed since the filing of the complaint. Federal Rule of Civil Procedure 4(m) provides in relevant part:

> If service of the summons and complaint is not made upon
> a defendant within 120 days after the filing of the complaint,
> the court, upon motion or on its own initiative after notice to

the plaintiff, shall dismiss the action without prejudice as to
that defendant...

Here, the plaintiff has failed to make timely service of the summons and complaint upon the defendant. Therefore, it is recommended that this case be dismissed without prejudice pursuant to F.R.Civ.P. 4(m).

Within thirteen (13) days after being served with a copy, any party may serve and file written objections to this Report and Recommendation. Any party opposing the objections shall have seven (7) days from the date of service of objections to respond thereto. Failure to file timely objections may constitute a waiver of any appellate rights.

        Respectfully submitted,

        <u>s/ ROBERT C. MITCHELL</u>
        United States Magistrate Judge

Dated: January 22, 2008