IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARNELL TURNER, )
    Plaintiff, )
     )
     )
    vs ) Civil Action No. 07-1269
     )
PRO SOLUTIONS FOR CHIROPRACTIC, )
INC., )
    Defendant. )

## O R D E R

AND NOW, this 11th day of February, 2008, after the plaintiff filed a complaint in the above-captioned case, and after the complaint was never served on the defendant and more than 120 days have passed since the filing of the complaint, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the plaintiff was granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS ORDERED that the above-captioned case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

_____
United States District Judge

cc: All Parties and Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge